IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEE ROY CHANEY, #288722, | ) ) ) |
| Petitioner, | ) ) |
| | ) CIVIL ACTION NO. |
| VS. | ) ) |
| | ) 3:23-CV-0064-G-BN |
| STATE OF TEXAS, | ) ) |
| Respondent. | ) ) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

May 10, 2023.

_____
**A. JOE FISH
Senior United States District Judge**